UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HOLLY PIERCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASH WAG, LLC,<br><br>　　　　Defendant. | ) Case No. 1:23-cv-00234<br>)<br>)  Judge J. Philip Calabrese<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: July 28, 2023

　　　　　　　　　　　　　　　　　　　J. Philip Calabrese United
　　　　　　　　　　　　　　　　　　　States District Judge
　　　　　　　　　　　　　　　　　　　Northern District of Ohio